# MICHAEL HUESTON
## ATTORNEY AT LAW

MEMO ENDORSED

| | |
|---|---|
| 16 COURT STREET<br>35TH FLOOR<br>BROOKLYN, NEW YORK 11241 | Tel: (718) 246-2900<br>Fax: (718) 246-2903<br>Email: mhueston@nyc.rr.com |

February 21, 2023

**BY ECF**
The Honorable Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square, Room 1105
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-23-23

Re:  *United States v. Batts*, 22 Cr. 672 (ALC)

Your Honor:

I represent Mr. Tyresse Batts in the above-referenced case. I respectfully request that Mr. Batts's March 9, 2023, at 3:30 p.m. sentencing hearing be adjourned 30 days to the week of April 10, 2023, or a date convenient to the Court. This is my first request for a continuance of the sentencing. The government consents to this application. The reasons for the continuance are as follows.

I require additional time to prepare for Mr. Batts's sentencing, including continuing to confer with him and his family, receiving letters of support, and drafting Mr. Batts's sentencing submission, which is due February 23, 2023, according to Your Honor's rules. In addition, I had a personal family matter that recently impacted my time.

I appreciate Your Honor's consideration of this application.

Respectfully,

/s/ Michael Hueston

cc:  A.U.S.A. Patrick Moroney
     P.O. Deanna M. Paige

*The application is granted. The sentencing is adjourned to 4/13/23 at 12 p.m. So Ordered.*

*/s/ Andrew L. Carter*
*2-23-23*