```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-4-23
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

United States of America,

                                          **ORDER**
                                          22-CR-672 (ALC)

-against-

Tyreese Battts,
----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

The sentencing scheduled for April 13, 2023 is adjourned to **April 18, 2023** at **2:00 p.m.**

**SO ORDERED.**

Dated: New York, New York
       April 4, 2023

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**