# MICHAEL HUESTON
### ATTORNEY AT LAW

16 COURT STREET                                                  Tel: (718) 246-2900
35TH FLOOR                                                          Fax: (718) 246-2903
BROOKLYN, NEW YORK 11241            Email: mhueston@nyc.rr.com

April 10, 2023

**BY ECF**
The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 1105
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/17/23

          Re: *United States v. Batts*, 22 Cr. 672 (ALC)

Your Honor:

        I represent Mr. Tyresse Batts in the above-referenced case. I respectfully request that Mr. Batts's April 18, 2023, at 1:00 p.m. sentencing hearing be continued to April 21 or 24, 2023, or a date convenient to the Court. This is my second request for a continuance of the sentencing. The government consents to this application. The reasons for the continuance are as follows.

        The Court, *sua sponte*, adjourned the April 13, 2023 sentencing date to April 18, 2023. However, I am unavailable that date because I have a pre-scheduled personal matter that day out of town involving a deceased family member.

        I appreciate Your Honor's consideration of this application.

                                                                Respectfully,

                                                                 /s/ Michael Hueston

cc:     A.U.S.A. Patrick Moroney
         P.O. Deanna M. Paige

The application is **GRANTED**. The sentencing is adjourned to 4/25/23 at 3:30 p.m.
So Ordered.

*/s/ Andrew L. Carter*
4/17/23